UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON WARREN,<br><br>      Plaintiff,<br><br>   v.<br><br>KAREN BOWDEN,<br><br>      Defendant. | Case No. 21-cv-09431-DMR<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Joseph C. Spero for consideration of whether the case is related to *Warren v. Guerrero*, 21-cv-09427-JCS.

**IT IS SO ORDERED.**

Dated:  December 9, 2021



_____
DONNA M. RYU
United States Magistrate Judge